UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MARILYN SANGMEISTER,

    Plaintiff,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

    Defendants.

No. CV-11-3041-LRS

**ORDER OF DISMISSAL**

    The record indicates Plaintiff has not, within the time allowed, had another attorney file a notice of appearance on her behalf, nor has she filed a statement of intent to proceed *pro se* in this matter. Therefore, in accord with this court's June 9, 2011 "Order Allowing Withdrawal Of Counsel, *Inter Alia*," (ECF No. 17), this action is hereby **DISMISSED without prejudice** and the file shall be **CLOSED**.

    **IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel of record for Defendants, and to the Plaintiff, Marilyn Sangmeister, 17312 SE 28th Street, Vancouver, WA 98683.

    **DATED** this   15th   of July, 2011.

                         *s/Lonny R. Suko*

                         LONNY R. SUKO
                      United States District Judge

**ORDER OF DISMISSAL-**     1